STATE v. STAFFORD

No. 177P94

Case below: 114 N.C.App. 101

Petition by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

STATE v. UPTON

No. 160P94

Case below: 113 N.C.App. 838

Petition by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 June 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 June 1994.

STATE v. WILLIAMS

No. 245PA93

Case below: 335 N.C. 180
110 N.C.App. 306

The order heretofore entered on 4 November 1993 denying the Attorney General's petition for discretionary review is vacated; and pursuant to Rule 2 of the North Carolina Rules of Appellate Procedure, the Court suspends its rules and allows the Attorney General's motion for reconsideration of the Attorney General's petition for discretionary review. By order of the Court in Conference, this 16th day of June, 1994.

STEWARD v. HENRY

No. 59PA94

Case below: 336 N.C. 76
113 N.C.App. 204

The order heretofore entered 7 April 1994 allowing defendant's petition for discretionary review is vacated and the parties' joint motion to withdraw petition for discretionary review is allowed 16 May 1994.